UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER SEWARD,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,

    Defendants.

_____/

Case No. 1:10-cv-833

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant State Farm Mutual Automobile Insurance Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant State Farm Mutual Automobile Insurance Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: September 13, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge