UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHRISTOPHER SEWARD,

        Plaintiff,

                                            Case No. 1:10-cv-833

v.

                                            HONORABLE PAUL L. MALONEY

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,

        Defendants.

_____/


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

        Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure

statement that (1) identifies any parent corporation and any publicly held corporation owning

10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket

for this case has revealed that defendants Electronic Data Systems Corporation Health Benefit

Plan and Health Care Service Corporation have not filed the requisite disclosure.

        IT IS HEREBY ORDERED that defendants Electronic Data Systems Corporation Health

Benefit Plan and Health Care Service Corporation shall file a corporate disclosure statement

within seven (7) days of the date of this order.


Date:   September 17, 2010                 /s/ Paul L. Maloney_____
                                            Paul L. Maloney
                                            Chief United States District Judge